**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROBERT SIMON, JR.**                                                                            **PETITIONER**

**V.**                                    **CIVIL ACTION NO.: 2:04CV26-P**

**CHRISTOPHER EPPS, ET AL.**                                           **RESPONDENTS**

**ORDER REQUIRING PARTIES TO FILE A MEMORANDUM OF AUTHORITIES**

Upon the Court's own motion, the parties in the above-referenced cause are hereby ordered to submit a memorandum of authorities and supporting documents in support of their respective claims and/or defenses in this action. The Court has reviewed the petition for writ of habeas corpus[1] and accompanying records filed in this case, and finds the petition contains inaccurate references to the direct appeal brief and amended petition filed during Petitioner's State court proceedings. As many of Petitioner's claims incorporate by reference the State court records, the Court must have accurate citations to fully consider Petitioner's claims. Respondents' answer[2] likewise fails to meaningfully direct the Court, as Respondents assert the incomplete nature of the petition prevents a thorough response. Therefore, it is **ORDERED**:

1. Petitioner's memorandum of authorities shall be submitted to the Court on or before March 1, 2007, and shall fully address each claim raised in his petition for writ of habeas corpus. Where Petitioner wishes to reference the Court to previously filed briefs or State records, such references shall contain an explanation of applicability to the claims in the instant petition and be complete with accurate citations.

---

[1] Docket entry no. 1.

[2] Docket entry no. 4.

2. Respondents' memorandum of authorities shall be submitted to the Court within thirty (30) days of receipt of Petitioner's memorandum of authorities and shall address each claim raised in the petition.

3. Any party seeking an extension of these deadlines shall file a written motion requesting such extension prior to the expiration of the deadline in question and shall set forth in detail the reasons why that party, despite the exercise of due diligence, will be unable to comply with that deadline.

**SO ORDERED** this the 31st day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE