IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**ROBERT SIMON, JR.**   **PETITIONER**

**V.**   **CIVIL ACTION NO.: 2:04CV26-P**

**CHRISTOPHER EPPS, ET AL.**   **RESPONDENTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in the Petition for Writ of Habeas Corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 30th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE