IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

ROBERT SIMON, JR.                                               PETITIONER

V.                                              CIVIL ACTION NO.: 2:04CV26-P

CHRISTOPHER EPPS, ET AL.                                       RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, all relief requested in Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 30th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE