# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**ROBERT SIMON, JR.**                                                                 **PETITIONER**

**V.**                                                          **CIVIL ACTION NO.: 2:04CV26-P**

**CHRISTOPHER EPPS, ET AL.**                                                          **RESPONDENTS**

## ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Pursuant to an opinion issued this day, it is hereby **ORDERED** that Petitioner's Application for a Certificate of Appealability filed in the above-referenced cause is hereby **DENIED.**

**SO ORDERED** this the 19th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE